IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUKESH KUMAR,

    Petitioner

v.

CRAIG A. LOWE, WARDEN,

    Respondent

Civil No. 3:17-cv-1421

(Judge Mariani)

## ORDER

**AND NOW**, this 9th day of July, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge